# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATE ADVERTISING GROUP, LLC,<br>  Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br>  Defendant. | CV 21-5975 DSF (Ex)<br><br><br>JUDGMENT |

The Court having granted a motion to dismiss without leave to amend,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: March 17, 2022

*Dale S. Fischer*
Dale S. Fischer
United States District Judge